IN THE **UNITED STATES** DISTRICT COURT **FOR THE**
**WESTERN DISTRICT** OF OKLAHOMA

| | |
|---|---|
| WASTE CONNECTIONS OF OKLAHOMA, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No: CIV-16-25-D ) ) |
| WADLEY DEVELOPMENT, LLC, | ) ) ) |
| Defendant. | |

## ORDER

Before the Court is the Motion for Default Judgment and Brief in Support [Doc. No. 10] of Plaintiff, Waste Connections of Oklahoma, Inc. Plaintiff seeks entry of default judgment against Defendant Wadley Development, LLC awarding the sum of $141,323.40, and interest thereon, plus costs and attorneys' fees, following the Clerk's Entry of Default [Doc. No. 9] on March 23, 2016. Having considered the motion and the affidavit submitted in support, the Court finds that Plaintiff is entitled to default judgment pursuant to Fed.R.Civ.P. 55(b). Defendant, by not answering or otherwise responding, has admitted the well-pleaded factual allegations of the complaint. *See Tripoldi v. Welch*, 810 F.3d 761, 764 (10th Cir. 2016); Fed.R.Civ.P. 8(b)(6). Defendant, therefore, has admitted a breach of contract and Plaintiff is entitled to judgment against Defendant in the amount of $141,323.40. Furthermore, pursuant to 12 OKLA. STAT. § 936 and the parties' agreement, Plaintiff is also entitled to costs and reasonable attorneys' fees incurred in connection with the filing and prosecution of this action.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Default Judgment [Doc. No. 10] is GRANTED. IT IS FURTHER ORDERED that Plaintiff is awarded judgment against Defendant in the amount of $141,323.40, together with interest thereon, plus costs and reasonable attorneys' fees.

IT IS SO ORDERED this 31st day of March, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE